

200 W. Madison Street | Suite 3500 | Chicago, IL 60606-3417

May 22, 2020

WRITER'S DIRECT NUMBER: (312) 726-8107
DIRECT FAX: (312) 726-2507
EMAIL: Heather.Maly@icemiller.com

*VIA ECF*

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Naseri v. Ode a La Rose*
      **Civil Docket Case No. 20-cv-0999-BMC**

Dear Judge Cogan:

The undersigned firm represents Defendant Ode A La Rose, Inc. ("OLR") in the above-referenced matter.  I write pursuant to the Court's May 12, 2020 Order.  Pursuant to the Order and in advance of the status hearing set for May 28, 2020, the Parties are required to submit a completed case management plan prior to the conference.  In lieu of the case management plan, I write to report that the parties have reached a confidential agreement in principal to resolve this matter, and we anticipate that the parties will file a stipulation of voluntary dismissal shortly.

Please contact me with any questions or concerns.

Respectfully submitted,

**ICE MILLER LLP**

/s/ *Heather L. Maly*

Heather L. Maly

HLM/kjg
cc: All counsel of record

Ice Miller LLP                                                                                             icemiller.com

I\15360888.3